# EXHIBIT A

To the Honorable Judge Walter,

here i am once again in front of the government confessing my guilt in regards to the charlottes web  i have spunt and allowed myself to get into.i often ask myself, what went wrong? i was doing so well, what triggered my redundant behavior this time?  i allow disrespectful comments about what i use to do professionally affect my selfesteem i was a wardrobe stylist and an actor, and me being androgynous which come to find out alot of people dont actually know what that is they figure that your either just a gay man, or your just a transgender in my case people tend to say drag queen! and what it really is, is a person whos percieved to be stuck between two worlds. looks like a girl but really is a boy and thats something ive struggled with the majority of my life. ive allowed material things to define who i am in the past and ive held a superficial image up by pretending that i am happy, truth of the matter is im not. its a shame ive allowed others to dictate who i am, i realize that the same way that i beat the desease of addiction is the same way that i can beat this mental illness that i have going on because my behavior is atroshish. i dont actually feel good about what ive done and i dont blame my p.o, my lawyer, the government or society for who ive turned out to be. would it had been better had i been raised with my father? maybe so,but my mother did the best she could with what she new how and i wouldnt change her for anything or anyone in the world. what i would like to change  is my behavior. this is embarassing! i shouldent be doing this @ almost 50yrs old.,it shouldent be done@ any age! i know that i do feel as though my current medical state has also played a major part of my mental state not knowing when the enevidible will happen, death! so i know that has made me have a very careless attitude which im not trying to rationalize just simply stating my feelings. i would like to apologize to my victims, the courts and my family for the inconvience and pain that i have inflicted on them, i ask for mercy! another chance, i also realize family and good positive friends plays a major part in a healthy lifestyle. im very loney here in southern california and i wish to go back to northern california where my family, nieces, nephews and positive influences are. i need to be more family oriented around those that love and support me despite my defects of character but does not condone the selfishness that ive created. i thank you for your time and sincerly pray for mercy.

Dwen Curry

# EXHIBIT B

Honorable John F. Walter District Judge,

I'm writing this letter in regards to My Son, Dwen Edward Curry Jr and my best friend.  We have been very open with each other and we can both agree that things need to change as far as his aspirations and what he needs to do to change them so he can once again become a positive influence in society in family and in church.  I'm sure if given the opportunity to begin the structured shift in that direction he would concentrate on styling whether it be hair or clothes he would succeed once again.  Once consumed he would create a brand becoming his footprint in a successful career his past clients are anxious to once again work with him as before in any capacity needed as long as he's hands on .... I too am anxiously waiting for the outcome of his incubation period because I'm still getting phone calls requesting his assistance in those area.  Dwen and I have a very open relationship an I'm aware of his medical issues I truly believe that God has the final word, he will handle what he needs.  I Thank You for the opportunity to speak to you thru the voice of the silent pen.  In this case the silent computer ...What a great age we live in GOD BLESS AMERICA IN GOD WE TRUST!

Cynthia Thomas

# EXHIBIT C

Dear Honorable John F. Walter,

I am writing to you today on behalf of Dwen Curry who someone that I have known for many years. He and I initially met at church and later discovered that we had many mutual professional and personal friends which helped to bridge our friendship. As I got to know him through our friends and personally I've had the opportunity to see that he is genuine and congruent in character. Over the years I have found his character to be one that is caring, considerate of others and willing to volunteer his time to assist anyone in need. For example, my son's charity event he worked tirelessly to help that event become the success that it was. He has also volunteered his time offering makeovers for nonprofit organizations. Also, he has assisted me professionally during the time that I produced reality tv shows.

More recently he'd started attending my church at his request and I noticed he had become more committed to his spiritual beliefs. He and I had many conversations about his aspirations and careers plans of which I told him I would do all that I could to assist him in achieving. I know his sincere intent is to live his life morally and ethically correct to the best of his ability which includes surrounding himself around folks like myself that will motivate and uplift him in the direction of his dreams. He is extremely talented therefore there is no reason why he cannot achieve all of the above.

I hope this letter sheds some light into the person that I've known and call my friend Dwen Curry. God Bless.

Respectfully,

Tamara Johnson

# EXHIBIT D

Dear Honorable John F. Walter,

I am writing this letter on behalf of Dwen Curry.

Dwen and I have been friends for over 16 years and his friendship is one that I hold dear to my heart.  From the moment we met, we have been kindred spirits. He is the only male friend I have that has never let me down!

We have worked together in the past on several projects and when he returns home, I will not hesitate to continue working with him.  I am in a position to offer him employment on the current television project I am working on.  It is entitled "Rebel" and it will be aired on the BET Network in the spring of 2017.  We will be lucky to have him.  Furthermore, there is currently a reality show being developed where Dwen will be a cast member.

I have all the confidence in Dwen that when he returns home he will make every effort to get his life back on track.  I, like many members of his family, will be here to support him any way we can.

Best regards,

Dion Fearon

Case 2:15-cr-00666-JFW   Document 17-1   Filed 11/02/16   Page 9 of 10   Page ID #:127

# EXHIBIT E

Dear Honorable John F. Walter,

I'm writing this letter today to highlight the character of Dwen Curry.

I met Mr. Curry about 20 yrs ago. At that time I was young and heading in the wrong direction, becoming a product of my environment. I met him through my mom and God mom.

I was a little reserve being that I had never socialized with a gay man. Dwen made it easy to deal with because of his giving and caring personality.

Fast forward to current, I credit Dwen for the pivotal point in my life. Dwen helped me see that there was more to life then the reckless things I was doing. He's helped me get into a career of modeling and entrepreneurship. I'm a better man and father to my children because of Mr. Curry. My kids love him dearly and love having him around.

In closing, I can't say enough about him in this letter. I hope that this will help you see the person that Dwen truly is.

Sincerely,

Don Taylor