UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 15-666-JFW**                                              Dated: November 3, 2016

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Bruce Riordan |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Interpreter: None

================================================================

U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

1)   Dwen Edward Curry                               1)   Gabriel Pardo, DFPD
     present in custody                                    present appointed

PROCEEDINGS:   **REVOCATION OF SUPERVISED RELEASE AND SENTENCING**

Case called.  Defendant in custody is present with counsel.  Also present is Bruce Riordan, AUSA and Helen Zaytseva, U.S. Probation Officer.

The Court hears from all before imposition of sentence.

Based on the Defendant's admission of allegations 2, 3 and 4 of the Revocation Petition, the Court finds the Defendant in violation of the terms and conditions of supervised release and the Court orders the Defendant's supervised release, revoked, vacated and set aside.  (See separate *Judgment and Commitment Order upon Revocation of Supervised Release.*)

Defendant is advised of right to appeal.

Government shall prepare and lodge a proposed order by noon on November 4, 2016.

Initials of Deputy Clerk  sr
0/35