EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BRUCE K. RIORDAN (Cal. Bar No. 127230)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0480
     Facsimile: (213) 894-7631
     E-mail:    bruce.riordan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-666-JFW |
|---|---|
| Plaintiff, | JUDGEMENT FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| v. | |
| DWEN EDWARD CURRY, | |
| Defendant. | |

On October 31, 2016, counsel for the government, Assistant United States Attorney (AUSA) Bruce K. Riordan, defendant Dwen Edward Curry (defendant), his counsel, Deputy Federal Public Defender (DFPD) Gabriel Pardo, and United States Probation Officer (USPO) Helen Zaytseva appeared before this Court.  During that hearing, defendant admitted three allegations of violations of his supervised release, namely Allegations Nos. Two, Three and Four of the March 7, 2016 Petition in this matter, which allege as follows:

    2. Having been ordered by the Court not to commit another
        Federal, state or local crime, on or about August 20, 2015,
        Dwen Edward Curry unlawfully attempted to take $35,000 from

          Maria Martinez and Alma Dicso, in violation of Section 664/487(a) of the California Penal Code, as evidenced by his conviction of that charge in the Superior Court of California, County of Los Angeles, Case Number LA082761.

3. Having been ordered by the Court not to commit another Federal, state or local crime, on or about September 20, 2015, Dwen Edward Curry willfully and unlawfully obtained personal identifying information belonging to Jeffrey Scott, and used that information for an unlawful purpose and to obtain and attempt to obtain credit, goods, services, real property, and medical information without Jeffrey Scott's consent, in violation of Section 530.5(a) of the California Penal Code, as evidenced by his conviction of that charge in the Superior Court of California, County of Los Angeles, Case Number LA082761.

4. Having been ordered by the Court not to associate with any person convicted of a felony unless granted permission to do so by the Probation Officer, between June 2015 and October 2015, Dwen Edward Curry associated with Leisea Michelle Wipf, a convicted felon, without the permission of the Probation Officer.

The Court accepted defendant's admissions. Upon motion of the government, the Court dismissed Allegations Nos. One and Five of the March 7, 2016 Petition.

On November 3, 2016, AUSA Bruce K. Riordan, defendant, DFPD Gabriel Pardo, and USPO Helen Zaytseva appeared before this Court for sentencing. The Court read the sentencing position papers and the

1 Probation Officer's Report, and heard from counsel, the Probation
2 Officer and defendant.
3     FOR GOOD CAUSE SHOWN, IT IS HEREBY ADJUDGED that pursuant to
4 Title 18, United States Code, Section 3583(e), defendant's supervised
5 release in this matter be revoked, vacated and set aside, on both
6 counts one and two, and that defendant be sentenced to a term of
7 imprisonment of 15 months on count one and (1) one day on count two,
8 the terms to run concurrently.
9     IT IS FURTHER ADJUDGED that following the term of imprisonment,
10 defendant shall be placed on supervised release for a term of 13
11 months on count one and a term of 59 months on count two, the terms
12 to run concurrently.  Supervised release will be on the same terms
13 and conditions contained in the Judgment entered in defendant's case
14 on January 11, 2011, with the following additional terms: 1)
15 defendant shall comply with the rules and regulations of the U. S.
16 Probation Office, General Order 05-02, and General Order 01-05,
17 including the three special conditions delineated in General Order
18 01-05; and 2) the Court authorizes the Probation Officer to disclose
19 the Presentence Report, mental health evaluations, and mental health
20 reports, to a treatment provider and the treatment provider may
21 provide information (excluding the Presentence Report), to State or
22 //
23 //
24 //
25 //
26 //
27 //
28 //

local social service agencies (such as the State of California, Department of Social Services), for the purpose of rehabilitation.

Defendant is informed of his right to appeal.

IT IS SO ORDERED.

Dated:  November 9, 2016.                    _____
                                             HONORABLE JOHN F. WALTER
                                             United States District Judge

CC: USPO, USM

Submitted by:

_____/S/_____
BRUCE K. RIORDAN
Assistant United States Attorney

4